**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**TRACIE MITCHEM-GREEN,**

      **Plaintiff,**                                  Case No.: **3:20-CV-00054-J-39PDB**

**v.**

**MHM HEALTH PROFESSIONALS, INC.,**

      **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF FILING DOCUMENTS IN OPPOSITION TO**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Tracie Mitchem-Green, through her counsel, files the following documents in opposition to Defendant's Motion for Summary Judgment:

| | | |
|---|---|---|
| Exhibit 1 | Mitchem-Green Resume |
| Exhibit 2 | Signature acknowledging handbook |
| Exhibit 3 | Employee Handbook |
| Exhibit 4 | Job Description |
| Exhibit 5 | Emails, Mitchem-Green/ Corbin April 25, 2017 |
| Exhibit 6 | Emails-timecard, Mitchem-Green/Corbin, June 5, 2017 |
| Exhibit 7 | Emails, Campbell/ Mitchem-Green |
| Exhibit 8 | Emails Feldner/Mitchem Green, June 30, 2017 |
| Exhibit 9 | Email, Mitchem-Green/Clemmons, July 12, 2017 |
| Exhibit 10 | Email, Mitchem-Green/Clemmons, July 12, 2017 |
| Exhibit 11 | Emails, Mitchem-Green/Feldner, June 30, 2017 |
| Exhibit 12 | Email, Mitchem-Green/Campbell, July 19, 2017 |
| Exhibit 13 | Email, Mitchem-Green/Campbell July 24-26, 2017 |

| | |
|---|---|
| Exhibit 14 | Incident Report |
| Exhibit 15 | Emails, Mitchem-Green/ Lynch July 13-19, 2017 |
| Exhibit 16 | Email, Mithem-Green/Lynch July 13, 2017 |
| Exhibit 17 | Emails, Mitchem-Green/Figueroa, August 29, 2017 |
| Exhibit 18 | Clinician's Order Sheet |
| Exhibit 19 | Medical Records |
| Exhibit 20 | Charge of Discrimination, October 19, 2017 |
| Exhibit 21 | EEOC intake questionnaire |
| Exhibit 22 | EEOC Wrongful Termination Addendum |
| Exhibit 23 | Charge of Discrimination, July 12, 2017 |
| Exhibit 24 | Charge of Discrimination, August 25, 2017 |
| Exhibit 25 | Charge of Discrimination, September 6, 2017; October 19, 2017 |
| Exhibit 26 | Offer of Employment, Application for Employment |
| Exhibit 27 | Plaintiff's Verified Answers to Defendant's First Set of Interrogatories |
| Exhibit 28 | FDOC Report August 15, 2017, FDOC Inspector General Report |
| Exhibit 29 | Timecard Audit Trail, January 1, 2017 through January 1, 2018 |
| Exhibit 30 | Emails, Mitchem-Green/Campbell, Corbin June 15, 2017, Incident Reports, May 30, 2017, June 6-9, 2017 |
| Exhibit 31 | Hours Worked – Patients Encounters |
| Exhibit 32 | Incident Report, September 1, 2017 |
| Exhibit 33 | Emails, Parrish/Feltner, August 31, 2017 |
| Exhibit 34 | Emails, Feltner/Walker, September 14, 2017, Mitchem-Green/Walker, September 1, 2017 |
| Exhibit 35 | Emails, Clemmons/Mitchem-Green, September 15, 2017 |

| | |
|---|---|
| Exhibit 36 | Emails, September 15-18, 2017 |
| Exhibit 37 | MHM Services, Inc., Centurion Involuntary Termination Report |
| Exhibit 38 | Statements, Leah Johnson, Rita Corbin, Michelle Pearson, Arkevia Gandy |
| Exhibit 39 | Mitchem-Green Notes |
| Exhibit 40 | Deposition of Mitchem-Green, Volume I |
| Exhibit 41 | Deposition of Mitchem-Green, Volume II |
| Exhibit 42 | Deposition of Angela Bridges |
| Exhibit 43 | Deposition of Erroll Campbell |
| Exhibit 44 | Deposition of Lena Parrish |
| Exhibit 45 | Deposition of Marvin Clemmons |
| Exhibit 46 | Deposition of Alexis Figueroa Rodriguez |
| Exhibit 47 | Affidavit of Tracie Mitchem-Green |

Respectfully submitted,

/s/Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was conveyed via CM/ECF to all counsel of record on this 27th day of November 2020.

/s/Marie A. Mattox
Marie A. Mattox